ANTONIA DI NAPOLI, as Administratrix of the Estate of GIOVANNI DI NAPOLI, Deceased, Appellant, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Defendant, and EDWARD F. LATHROP et al., Respondents.

*Di Napoli* v. *N. Y., N. H. & H. R. R. Co.,* 148 App. Div. 930, affirmed.
(Argued April 4, 1913; decided April 22, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 3, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants.

*Martin T. Manton* and *M. T. Abbruzzo* for appellant.

*H. E. J. MacDermott, I. R. Oeland* and *James B. Henney* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN, and MILLER, JJ.